The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and ORTHO MOLECULAR PRODUCTS, INC., a Wisconsin corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JUSTIN EVANS, an individual; ECOMMERCE CONSULTING LLC, a limited liability company; SOPHIA NICOLE GARRETT, an individual; MILES MAY, an individual; PACIFIC TRADING LLC, a limited liability company; Individuals and/or Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULE 1; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00785-JLR *SEALED*<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE TO SEAL CASE**<br><br>**FILED UNDER SEAL** |

Having considered Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Ortho Molecular Products, Inc.'s ("Plaintiffs") Status Report, and Plaintiffs' request that the Court continue to seal this case for an additional 60 days, and being fully informed of the matter, the Court hereby GRANTS the request.

[~~PROPOSED~~] ORDER TO CONTINUE TO SEAL CASE - 1
(2:23-cv-00785-JLR *SEALED*)
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

It is hereby ORDERED that this case shall remain sealed through May 28, 2024. Plaintiffs are ordered to file an additional status report or a motion to unseal on or before May 28, 2024.

Dated this   3rd   day of     April      , 2024.

*[signature]*

THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*[signature]*

Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

*[signature]*

Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[~~PROPOSED~~] ORDER TO CONTINUE TO SEAL CASE - 2
(2:23-cv-00785-JLR *SEALED*)
(FILED UNDER SEAL)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax