The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; and ORTHO MOLECULAR PRODUCTS, INC., a Wisconsin corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>JUSTIN EVANS, an individual; ECOMMERCE CONSULTING LLC, a limited liability company; SOPHIA NICOLE GARRETT, an individual; MILES MAY, an individual; PACIFIC TRADING LLC, a limited liability company; Individuals and/or Entities Doing Business as Certain Amazon Selling Accounts Identified in SCHEDULE 1; and DOES 1-10,<br><br>　　　　　　　　Defendants. | No. 2:23-cv-00785-JLR *SEALED*<br><br>[~~PROPOSED~~] ORDER UNSEALING CASE<br><br>**FILED UNDER SEAL** |

Having considered Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, and Ortho Molecular Products, Inc.'s ("Plaintiffs") Status Report, filed May 23, 2024, and Plaintiffs' request therein that the Court unseal this case, and thus being fully informed of the matter, the Court hereby GRANTS the request.

//

//

[~~PROPOSED~~] ORDER UNSEALING CASE - 1
(2:23-cv-00785-JLR * SEALED*)
FILED UNDER SEAL

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

It is hereby ORDERED that Case No. 2:23-cv-00785- JLR shall be unsealed in its entirety such that it appears on the public docket.

Dated this 23rd day of May, 2024.

_____
THE HONORABLE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

_____
Scott R. Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

_____
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

[~~PROPOSED~~] ORDER UNSEALING CASE - 2
(2:23-cv-00785-JLR * SEALED*)
FILED UNDER SEAL

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1640
206.622.3150 main · 206.757.7700 fax